**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| JOSEPHINE RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | Civil Action |
| | § | No. C-06-331 |
| v. | § | |
| | § | |
| HOME DEPOT USA, INC., | § | |
| | § | |
| Defendant. | § | |

**<u>FINAL JUDGMENT</u>**

In accordance with the parties' joint stipulation of dismissal in the above-styled action (D.E. 14), the Court hereby enters final judgment DISMISSING this case in its entirety.

SIGNED and ENTERED on this 2nd day of July, 2007.

_____
Janis Graham Jack
United States District Judge